IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| v. | * | |
| | * | |
| **SAMUEL WESLEY, JR.,** | * | **CRIMINAL NO. SAG-97-033** |
| | * | |
| Defendant. | * | |
| | * | |
| | ****** | |

## GOVERNMENT'S MOTION TO EXTEND DEADLINE FOR SUBMITTING UPDATED INFORMATION (ECF 135)

The United States of America, by and through its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and Christina A. Hoffman, Assistant United States Attorney for said District, hereby files this motion for a 30-day extension of the deadline for submitting updated disciplinary records and victim impact information regarding the Defendant's request for compassionate release, and in support thereof states the following:

1. On February 14, 2025, the Court ordered the government to provide updated disciplinary records for the Defendant along with any updated victim impact information regarding his request for compassionate release. The order directed the government to provide the updated information within 30 days of the court's order, *i.e.*, by March 16, 2025. ECF 135.

2. The Defendant was sentenced in 1997 to life in prison for drug and gun crimes related to the attempted murder of 20-year-old Kristen Klaput, who was scheduled to testify against the Defendant in an upcoming drug trial. In an effort to eliminate Ms. Klaput as a witness, the Defendant shot her in the head, neck, and leg, causing life-threatening injuries and permanent brain damage.

3. The Assistant United States Attorneys (AUSAs) who handled the Defendant's trial, appeal, and prior post-conviction motions are no longer with the United States Attorney's Office.

On February 19, 2025, undersigned counsel entered her appearance for the United States.  ECF 136.

   4.  On February 21, 2025, undersigned counsel was able to make contact with the victim's sister.  The victim's sister strongly supports the life sentence in this case and would like to submit a victim impact statement.  However, her mother (*i.e.*, the mother of the victim) recently suffered a stroke, and she is focused on caring for her mother right now.  As a result, the victim's sister has requested additional time to write a statement.

   5.  Accordingly, undersigned counsel respectfully requests a 30-day extension of the deadline to submit updated information.  A proposed order is attached to this motion.

           Respectfully submitted,

           Kelly O. Hayes
           United States Attorney

     By:____/s/_____
           Christina A. Hoffman
           Assistant United States Attorney
           36 South Charles Street, Fourth Floor
           Baltimore, Maryland 21201
           (410) 209-4800

**CERTIFICATE OF SERVICE**

      I hereby certify that this motion was filed with the Court via CM/ECF, and that a hard copy was served on the defendant by U.S. Mail addressed as follows:

SAMUEL WESLEY JR.
Register Number: 32534-037
FCI Cumberland
P.O. Box 1000/D#1-106L
Cumberland, MD 21501

                                By:_____/s/_____
                                        Christina A. Hoffman
                                        Assistant United States Attorney
                                        36 South Charles Street
                                        Fourth Floor
                                        Baltimore, Maryland 21201
                                        (410) 209-4800